**CAMARGO CORREA METAIS, S.A., Plaintiff,**

v.

**The UNITED STATES, Defendant,**

and

**American Alloys, Inc., Elkem Metals Co., Globe Metallurgical, Inc., Simetco, Inc., and SKW Alloys, Inc., Defendant–Intervenors.**

Slip Op. 01–15.
Court No. 91–09–00641.

United States Court of
International Trade.

Feb. 14, 2001.

### JUDGMENT

MUSGRAVE, Judge.

This Court having received and reviewed *United States Department of Commerce Final Redetermination Pursuant to Court Remand* ("Remand Results") following *Camargo Correa Metais, S.A. v. United States*, 24 CIT ——, Slip Op. 00–96, 2000 WL 1121523 (August 4, 2000), Defendant–Intervenors' comments thereon, and Commerce having complied with the Court's remand order, and no other responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on December 1, 2000 are sustained in their entirety; and it is further

ORDERED that, all other issues having been decided, this matter is concluded.